IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


MICKI C. MITCHELL and
RANDY MITCHELL                                                          PLAINTIFFS


VS.                              CASE NO. 08-CV-1051


LOUISVILLE LADDER INC.,
FORMERLY LOUISVILLE LADDER
GROUP, LLC                                                               DEFENDANT


### ORDER


        Before the Court is a Motion for Summary Judgment filed by Defendant Louisville Ladder,

Inc. (Doc. 14). Plaintiffs have responded. (Doc. 18) Defendant has replied to Plaintiffs' response.

(Doc. 25). The Court heard arguments regarding this motion on April 9, 2009. For reasons

discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for

Summary Judgment should be and hereby is **GRANTED**. All claims against Defendant Louisville

Ladder, Inc., shall be **DISMISSED WITH PREJUDICE**.

        **IT IS SO ORDERED**, this 21st day of April, 2009.


                                        ____/s/ Harry F. Barnes____
                                        Hon. Harry F. Barnes
                                        United States District Judge